BK 2316 PG 006

Mortgage Electronic Registration Systems, Inc., P.O. Box 2026, Flint, MI 48501-2026 holder of a mortgage from Jason Leone to Mortgage Electronic Registration Systems, Inc. dated August 12, 2005, and recorded with the Records of Land Evidence in the Town of North Kingstown on August 12, 2005 at 2:05 p.m. at Book 2030, Page 58 assigns said mortgage and the note and claim secured thereby to HSBC Bank USA, National Association, as Trustee for the Registered Holders of the Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, Series MLMI 2005-A10 c/o Countrywide Home Loans, Inc., 7105 Corporate Drive, Plano TX 75024

Property Address:    31 Rolling Meadow Way, North Kingstown, RI 02852

IN WITNESS WHEREOF, the said Mortgage Electronic Registration Systems, Inc. has caused its corporate seal to be hereto affixed and these presents to be signed, in its name and behalf by Francis J. Nolan, Assistant Secretary and Vice President*
this 5th day of June, 2008

Mortgage Electronic Registration Systems, Inc.

By: _____
Francis J. Nolan, Assistant Secretary and Vice President*

* for signatory authority see Corporate Resolution recorded with the Records of Land Evidence in the Town of North Kingstown on November 5, 2004 at 11:41 a.m. at Book 1930, Page 197

The Commonwealth of Massachusetts

Middlesex, ss                                                                    June 5, 2008
On this 5th day of June 2008, before me, the undersigned notary public, personally appeared Francis J. Nolan, proved to me through satisfactory evidence of identification, which were <u>personal knowledge</u>, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

Capacity: (as Assistant Secretary and Vice President* for Mortgage Electronic Registration Systems, Inc.)

_____ (Affix Seal)
Notary Signature
My commission expires: 8/15/14

2008 JUN 10 PM 12: 57

JENNIFER L. LAVOIE
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES 08/15/2014

0098

## ASSIGNMENT OF MORTGAGE

BK: 00000842
BK: 2723 PG: 109

HSBC Bank USA, National Association, as Trustee for the Registered Holders of the Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, Series MLMI 2005-A10, c/o Bank of America, NA 7105 Corporate Drive Plano, TX 75024 holder of a mortgage from Jason Leone to Mortgage Electronic Registration Systems, Inc. dated August 12, 2005, and recorded with the Records of Land Evidence in the Town of North Kingstown on August 12, 2005 at 2:05 p.m. at Book 2030, Page 58 assigns said mortgage and the note and claim secured thereby to HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-A10, c/o Bank of America, NA 7105 Corporate Drive Plano, TX 75024

Property Address: 31 Rolling Meadow Way, North Kingstown, RI 02852

IN WITNESS WHEREOF, the said HSBC Bank USA, National Association, as Trustee for the Registered Holders of the Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, Series MLMI 2005-A10 has caused its corporate seal to be hereto affixed and these presents to be signed, in its name and behalf by *Christopher James Randolph, Assistant Vice President of Bank of America, NA, attorney in fact* this 28th day of January, 2013

HSBC Bank USA, National Association, as Trustee for the Registered Holders of the Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, Series MLMI 2005-A10 *by Bank of America, NA (BANA) attorney in fact*

By: _[signature]_ 1/28/13
Christopher James Randolph, Assistant Vice President (AVP)

The State/Commonwealth of Texas

Dallas County, ss January 28, 2013

On this 28th day of January 2013, before me, the undersigned notary public, personally appeared Christopher James Randolph, AVP, proved to me through satisfactory evidence of identification, which were Texas drivers license (form of identification), to be the person whose name is signed on the preceding or attached document, and acknowledged to me that (he) ~~she~~ signed it voluntarily for its stated purpose.

Capacity: (as AVP of BANA, attorney in fact for HSBC Bank USA, National Association, as Trustee for the Registered Holders of the Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, Series MLMI 2005-A10 )

_[signature]_ (Affix Seal)
Notary Signature  Maxine P Luster

My commission expires: 1/23/2014



MAXINE P. LUSTER
Notary Public
State of Texas
My Comm. Exp. 01-23-2014

RECEIVED FOR RECORD
TOWN OF NORTH KINGSTOWN, RI
Feb 14, 2013 02:00:57P
JEANNETTE ALYWARD
TOWN CLERK

INST: 00001430
BK: 2887 PG: 218

'Recording Requested By:
Nationstar Mortgage

RECEIVED FOR RECORD
TOWN OF NORTH KINGSTOWN, RI
Apr 09,2015 02:07P
JEANNETTE ALYWARD
TOWN CLERK

When Recorded Return To:

DOCUMENT ADMINISTRATION
Nationstar Mortgage
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019

## CORPORATE ASSIGNMENT OF MORTGAGE

North Kingstown Town, Rhode Island
SELLER'S SERVICING # ███████ "LEONE"

Date of Assignment: March 10th, 2015
Assignor: U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO WACHOVIA BANK N.A., AS TRUSTEE FOR THE CERTIFCATEHOLDERS OF MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-A10 BY NATIONSTAR MORTGAGE LLC ITS ATTORNEY-IN-FACT at 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019
Assignee: HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGE PASS-THROUGH CERTIFICATES, SERIES MLMI 2005-A10 at 1105 NORTH MARKET STREET, WILMINGTON, DE 19801

Executed By: JASON LEONE To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR COUNTRYWIDE HOME LOANS, INC.
Date of Mortgage: 08/12/2005 Recorded: 08/12/2005 in Book/Reel/Liber: 2030 Page/Folio: 058 as Instrument No.: 05785 In North Kingstown Town, State of Rhode Island.

Property Address: 31 ROLLING MEADOW WAY, NORTH KINGSTOWN, RI 02852-7308

Legal: N/A

**GAP: THIS ASSIGNMENT IS BEING RECORDED TO CONNECT THE BREAK IN CHAIN ON THE ASSIGNMENT RECORDED ON 12/12/2011 BOOK:2610 PAGE:21 IN INSTRUMENT NUMBER 00005691 AND ASSIGNMENT RECORDED ON 02/14/2013 BOOK: 2723 PAGE:109 IN INSTRUMENT NUMBER:00000842.**

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $560,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO WACHOVIA BANK N.A., AS TRUSTEE FOR THE CERTIFCATEHOLDERS OF MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-A10 BY NATIONSTAR MORTGAGE LLC ITS ATTORNEY-IN-FACT
On March 10th, 2015

By: _____
WILLIAM VIANA, Assistant Secretary

STATE OF Texas
COUNTY OF Dallas

On March 10th, 2015, before me, ERIC TODD RITTMUELLER, a Notary Public in and for Dallas in the State of Texas, personally appeared WILLIAM VIANA, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
ERIC TODD RITTMUELLER
Notary Expires: 10/09/2017

ERIC TODD RITTMUELLER
Notary Public, State of Texas
My Commission Expires
October 09, 2017

(This area for notarial seal)