## 31 ROLLING MEADOW WY

| | | | |
|---|---|---|---|
| **Location** | 31 ROLLING MEADOW WY | **Plat and Lot (M...** | 161/ 075/ / / |
| **Owner** | LEONE, JASON | **Assessment** | $557,500 |
| **Appraisal** | $557,500 | **PID** | 100153 |
| **Building Count** | 1 | | |

### Current Value

| Appraisal | | | |
|---|---|---|---|
| **Valuation Year** | **Improvements** | **Land** | **Total** |
| 2016 | $391,900 | $165,600 | $557,500 |

| Assessment | | | |
|---|---|---|---|
| **Valuation Year** | **Improvements** | **Land** | **Total** |
| 2016 | $391,900 | $165,600 | $557,500 |

### Owner of Record

| | | | |
|---|---|---|---|
| **Owner** | LEONE, JASON | **Sale Price** | $700,000 |
| **Co-Owner** | | **Certificate** | |
| **Address** | 31 ROLLING MEADOW WAY<br>N KINGSTOWN, RI 02852 | **Book & Page** | 2030/ 56 |
| | | **Sale Date** | 08/12/2005 |
| | | **Instrument** | 00 |

### Ownership History

| Ownership History | | | | | |
|---|---|---|---|---|---|
| **Owner** | **Sale Price** | **Certificate** | **Book & Page** | **Instrument** | **Sale Date** |
| LEONE, JASON | $700,000 | | 2030/ 56 | 00 | 08/12/2005 |
| CENDANT MOBILITY FINANCIAL CORP | $700,000 | | 2030/ 54 | 00 | 08/12/2005 |
| HAAS, ALLEN M | $365,500 | | 1192/ 27 | 00 | 06/28/1999 |
| ROSSINI & SMITH COMPANIES INC | $77,000 | | 1143/ 6 | 00 | 11/24/1998 |
| ADVANTAGE LAND COMPANY LLC | $0 | | PLAT/1569 | MP | 03/12/1998 |

### Building Information

#### Building 1 : Section 1

| | |
|---|---|
| **Year Built:** | 1999 |
| **Living Area:** | 2,980 |

**Building Photo**

| Building Attributes | |
|---|---|
| **Field** | **Description** |
| Style | Colonial/Victo |

| | |
|---|---|
| Model | Residential |
| Grade: | Good |
| Stories: | 2 Stories |
| Occupancy | 1 |
| Exterior Wall | Brick/Stone Ve |
| Exterior Wall | Vinyl Siding |
| Roof Structure: | Gable/Hip |
| Roof Cover | Asph/F Gls/Cmp |
| Interior Wall | Plaster/Drywal |
| Interior Wall | |
| Interior Flr | Hardwood |
| Interior Flr | Carpet |
| Heat Fuel | Gas |
| Heat Type: | Forced Air-Duc |
| AC Type: | Central |
| Total Bedrooms: | 4 Bedrooms |
| Total Bthrms: | 2 |
| Total Half Baths: | 1 |
| Total Xtra Fixtrs: | |
| Total Rooms: | 8 Rooms |
| Basement Rec | |
| Basement Fin | |
| Basement Gar | |
| Chimney Mason | 1 |
| ExtraFPLOpen | |
| Chimney Metal | 1 |
| Gas Fireplace | |



(http://images.vgsi.com/photos/NorthKingstownRIPhotos//\00\00\96/81.jpg)

**Building Layout**



| Building Sub-Areas (sq ft) | | | Legend |
|---|---|---|---|
| Code | Description | Gross Area | Living Area |
| BAS | First Floor | 1,643 | 1,643 |
| FUS | Upper Story, Finished | 963 | 963 |
| EAF | Attic, Expansion, Finished | 748 | 374 |
| CTH | Cathedral | 528 | 0 |
| FGR | Framed Garage, Attached | 748 | 0 |
| UBM | Basement, Unfinished | 1,625 | 0 |
| UST | Utility, Storage, Unfinished | 20 | 0 |
| WDK | Deck, Wood | 376 | 0 |
| | | 6,651 | 2,980 |

**Extra Features**

| Extra Features | Legend |
|---|---|
| No Data for Extra Features | |

**Land**

| Land Use | Land Line Valuation |
|---|---|

| | | | |
|---|---|---|---|
| **Use Code** | 1010 | **Size (Acres)** | 0.99 |
| **Description** | SINGLE FAM | **Depth** | |
| **Zone** | NRC | **Assessed Value** | $165,600 |
| **Alt Land Appr** | No | **Appraised Value** | $165,600 |
| **Category** | | | |

### Outbuildings

| Outbuildings | | | | | | | Legend |
|---|---|---|---|---|---|---|---|
| **Code** | **Description** | **Sub Code** | **Sub Description** | **Size** | **Value** | **Bldg #** | |
| SPL1 | POOL- INGROUND | | | 512 S.F. | $7,700 | 1 | |
| HTUB | HOT TUB | | | 1 1 | $2,300 | 1 | |
| PAT1 | PATIO-AVG | | | 500 S.F. | $900 | 1 | |

### Valuation History

| Appraisal | | | |
|---|---|---|---|
| **Valuation Year** | **Improvements** | **Land** | **Total** |
| 2016 | $391,900 | $165,600 | $557,500 |
| 2015 | $349,800 | $160,500 | $510,300 |
| 2014 | $349,800 | $160,500 | $510,300 |

| Assessment | | | |
|---|---|---|---|
| **Valuation Year** | **Improvements** | **Land** | **Total** |
| 2016 | $391,900 | $165,600 | $557,500 |
| 2015 | $349,800 | $160,500 | $510,300 |
| 2014 | $349,800 | $160,500 | $510,300 |

(c) 2016 Vision Government Solutions, Inc. All rights reserved.